UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAVID J. NASSIF, JR.,         )
  Plaintiff                   )
                              )
         v.                   )   C.A. No. 11-cv-30256-MAP
                              )
MICHAEL J. ASTRUE,            )
  Defendant                   )


ORDER OF DISMISSAL
FOR FAILURE TO PROSECUTE AND
FAILURE TO COMPLY WITH COURT ORDER

June 25, 2012

PONSOR, U.S.D.J.

On November 13, 2011, Plaintiff filed his complaint and Motion to Proceed In Forma Pauperis. On November 15, 2011, the court issued its Social Security Procedural Order informing counsel that Defendant would be required to serve his answer within sixty days, along with a certified copy of the administrative record, and Plaintiff would be required to file his Motion for Order Reversing the Commissioner's Decision within forty-two days thereafter. See Dkt. No. 4.

Defendant duly filed his answer and copy of the administrative record on February 9, 2012. However, to date, no Motion for Order Reversing the Commissioner's Decision has been filed by Plaintiff.

Based on the failure to prosecute, and the failure of Plaintiff to comply with the court's November 15, 2011

procedural order, this case is hereby ordered DISMISSED.  The clerk will enter judgment of dismissal.  The case may now be closed.

It is So Ordered.

                                           <u>/s/  Michael A. Ponsor</u>
                                           MICHAEL A. PONSOR
                                           U. S. District Judge