# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DAVID J. NASSIF, JR.,                )
     Plaintiff(s)                    )
                         )
           v.                           )       CIVIL ACTION NO. 3:11-30256 -MAP
                         )
MICHAEL J. ASTRUE, Commissioner      )
of Social Security Administration,   )
     Defendant(s)                    )

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing this case for failure to prosecute and to comply with court order.

                                   **SARAH A. THORNTON**,
                                   CLERK OF COURT

Dated:  June 25, 2012          By  /s/ *Maurice G. Lindsay*
                                   Maurice G. Lindsay
                                   Deputy Clerk

(Civil Judgment of Dismissal (SSA).wpd - 11/98)
     [jgm.]