## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID J. NASSIF, JR., <br>     Plaintiff(s) <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner <br> of Social Security Administration, <br>     Defendant(s) | CIVIL ACTION NO. 3:11-30256 -MAP |

## JUDGMENT IN A CIVIL CASE

<u>Michael A. Ponsor, D.J.</u>

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's order entered this date, dismissing this case for failure to prosecute and to comply with court order.

                                          **SARAH A. THORNTON**, <br>
                                          CLERK OF COURT

Dated: June 25, 2012           By /s/ *Maurice G. Lindsay* <br>
                                       Maurice G. Lindsay <br>
                                       Deputy Clerk

(Civil Judgment of Dismissal (SSA).wpd - 11/98) <br>
    [jgm.]